# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL ARROYO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MORGAN HILL LIMITED PARTNERSHIP,<br><br>　　　　　Defendant. | Case No.  21-cv-00212-BLF<br><br>**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE** |

Pursuant to the Parties' Stipulation for an Order Staying Further Proceedings and Deadlines, and good cause appearing, the Court ORDERS:

1. All dates, deadlines, and further activity in this case are STAYED pending decisions by the Ninth Circuit in *Love v. Marriott Hotel Services, Inc*., No. 21-15458, *Arroyo v. JWMFE Anaheim, LLC*, No. 21-55237, *Garcia v. Gateway Hotel L.P*., No 21-55227, *and Garcia v. E.L. Heritage Inn of Sacramento*, LLC, No. 21-15674 (collectively, "Appeals").

2. The Parties SHALL submit a joint status report within fourteen (14) days after the opinion in the last of the four cases cited herein is issued, which informs the Court how the parties intend to proceed with this case in light of the rulings in the Appeals.

3. The Clerk SHALL vacate all dates and administratively close the case. This is an internal procedure that does not affect the substantive rights of the parties. The parties may request that the case be reopened, if appropriate, upon resolution of the Appeals.

**IT IS SO ORDERED.**

Dated: May 21, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge