CENTER FOR DISABILITY ACCESS
Isabel Rose Masanque., SBN 292673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff

Ashley Nicole Arnett (SBN 305162)
601 South Figueroa Street Suite 3300
Los Angeles, CA 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
E-mail: aarnett@seyfarth.com

Attorney for Defendant
Morgan Hill Limited Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo Jr.**, <br><br> Plaintiff, <br><br> v. <br><br> **Morgan Hill Limited Partnership**; and Does 1-10, <br><br> Defendants | Case No.: 5:21-cv-00212-BLF <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each

party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 12/28/2022						CENTER FOR DISABILITY ACCESS

								By: /s/ Isabel Rose Masanque
								Isabel Rose Masanque
								Attorneys for Plaintiff

Dated: 12/28/2022						SEYFARTH SHAW LLP


								By: /s/ Ashley Nicole Arnett
								Ashley Nicole Arnett

								Attorney for Defendant
								Morgan Hill Limited Partnership

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ashley Nicole Arnett, counsel for Morgan Hill Limited Partnership, respectively, and that I have obtained Attorney Arnett's authorization to affix their electronic signature to this document.

Dated: 12/28/2022                              CENTER FOR DISABILITY ACCESS

                                               By: /s/ Isabel Rose Masanque
                                               Isabel Rose Masanque
                                               Attorneys for Plaintiff